UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ELFREIDA ALLEN, in her capacity as Personal Representative of the Estate of George Allen Jr., <br><br>and<br><br>LONZETTA TAYLOR,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF ST. LOUIS, MISSOURI et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:14-CV-01398-RWS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction of this matter in order to enforce the terms of the parties' settlement agreement.

 

Respectfully submitted,

BRYAN CAVE LLP

By: /s/ Ameer Gado
Charles A. Weiss, MO #20299
Ameer Gado, MO #53363
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 [FAX]
caweiss@bryancave.com
aagado@bryancave.com

Barry Scheck, *pro hac vice*
Nick Brustin, *pro hac vice*
Emma Freudenberger, *pro hac vice*


NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
(212) 965-9081

ATTORNEYS FOR PLAINTIFFS


**JOSHUA D. HAWLEY**
Attorney General

*/s/ Robert J. Isaacson*
Robert J. Isaacson, #38361MO
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314) 340-7861 (Telephone)
(314) 340-7029 (Facsimile)

ATTORNEYS FOR DEFENDANTS
GRAY, BATTLE-TURNER, IRWIN,
SWITZER, SLAY, DOTSON, CROW,
JAMES, BURFORD, WILSON, AND
ROWANE



**ST. LOUIS CITY COUNSELOR**

*/s/ Andrew D. Wheaton*
Andrew D. Wheaton, #65269MO
Assistant City Counselor
Room 314 City Hall
St. Louis, Missouri 63103
(314) 622-3361 (Telephone)
(314) 622-4956 (Facsimile)
wheatona@stlouis-mo.gov

ATTORNEY FOR DEFENDANT CITY
OF ST. LOUIS

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was on this 2nd day of February, 2018, filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                /s/ Ameer Gado