# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ELFREIDA ALLEN, in her capacity as Personal Representative of the Estate of George Allen Jr., | ) ) ) |
| and | ) ) ) |
| LONZETTA TAYLOR, | ) ) |
| Plaintiffs, | ) ) |
| v. | Case No. 4:14-CV-01398-RWS ) ) |
| THE CITY OF ST. LOUIS, MISSOURI et al., | ) ) ) |
| Defendants. | ) |

*So Ordered*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal with prejudice of all claims in this action, with each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction of this matter in order to enforce the terms of the parties' settlement agreement.

Respectfully submitted,

BRYAN CAVE LLP

By:___/s/ Ameer Gado_____
Charles A. Weiss, MO #20299
Ameer Gado, MO #53363
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 [FAX]
caweiss@bryancave.com
aagado@bryancave.com